IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MELISSA SAGER | * | |
| Plaintiff | * | |
| v. | * | Case No: 1:11-CV-02631-SKG |
| HOUSING COMMISSION OF ANNE ARUNDEL COUNTY, et al | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of plaintiff's Motion to Reopen Action for Good Cause and any responses thereto, it is this ___5___ day of ___December___ 2013, hereby:

ORDERED, that plaintiff's Motion to Reopen is GRANTED; and it is further

ORDERED, that the Local Rule 111 Settlement Order entered on November 6, 2013 (Doc. 77) is extended for a period of 30 days.

_____
Susan K. Gauvey
United States Magistrate Judge